UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL SANTACRUZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:13CV629 RWS |
| | ) | |
| TORRES CREDIT SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

This matter is before me on my review of the file.  This case was inadvertently not sent to ADR as scheduled.  The parties have just filed cross-motions for summary judgment well in advance of the dispositive motion deadline set forth in the case management order.  To provide the parties with the best opportunity to settle this case, I will refer the case to ADR now with a completion deadline of December 6, 2013.  I will also deny the cross-motions for summary judgment without prejudice to being re-filed after the completion of ADR in the event the case is not settled.  As dispositive motions need not be filed until January 17, 2014 under the terms of the case management order, no discovery deadlines need be moved to accommodate ADR.  I urge both parties to use their best efforts to settle this case.

Accordingly,

**IT IS HEREBY ORDERED** that the pending motions for summary judgment [#13, #15] are denied without prejudice to being refiled after the completion of ADR in the event this case does not settle.

Separate Orders referring this case to ADR are issued this same date.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 29th day of October, 2013.